UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Naseef Fernando Bryan

v. Case No. 26-cv-709-SE

Erin Creegan

ORDER

After due consideration of the objection filed, I herewith adopt in part and reject in part the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 17, 2026. For the reasons set forth therein, Mr. Bryan's complaint fails to state a claim upon which relief may be granted. Moreover, Mr. Bryan's complaint rests on the United States Attorney's failure to appear in a case Mr. Bryan brought against a federal officer. To the extent that Mr. Bryan disagreed with decisions or rulings in that case relative to any allegedly required appearance by the United States Attorney, his remedy was to complete litigation in that action and, if appropriate and necessary, file an appeal. See In re Tamisi, No. 20-cv-40388, 2025 WL 1400180, at *5 (E.D.N.Y. May 14, 2025) ("Where a litigant is convinced that an error was made, the remedy is to appeal or to seek reconsideration or amendment of the ruling." (quotations omitted)); Walker v. Walker, No. 23-cv-489, 2023 WL 4409202, at *2 (W.D. Mich. May 17, 2023); Macdonald v. Strafford County Sup. Court, No. 18-cv-1100, 2019 DNH 056, 2019 WL 1385106, at *7 (D.N.H. Mar. 27, 2019). The complaint (doc. no. 1) is dismissed.

I do not approve the Report and Recommendation's denial of Mr. Bryan's Motion to Proceed Without Prepayment of Fees or Costs (doc. no. 2). That request is granted, but only for the purpose of waiving the filing fee.

The clerk of court shall enter judgment and close the case.

**So Ordered.**

Samantha D. Elliott
United States District Judge

Date: October 1, 2026

cc: Naseef Fernando Bryan, pro se